PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**United States District Court**

for the

District of Alaska

RECEIVED
SEP - 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                              Case No.   3:04-cr-0079-03

Alisha Felder

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on August 10, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**       8/24/07

Eric D. Odegard                                   Date
Supervising U.S. Probation/Pretrial
Services Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___3___ day of __September__, 20_07_.

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge